UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DANIEL MANNING | CIVIL ACTION NO. 21-2015-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LOUISIANA INDIGENT DEFENDER BOARD, ET AL. | MAGISTRATE JUDGE MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Daniel Manning's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 8th day of November, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT